# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2017

155559

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* A.S. CRAWFORD, Minor.

SC: 155559
COA: 334166
Wayne CC Family Div:
  16-522398-NA

_____/

On order of the Court, the application for leave to appeal the March 14, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2017



Clerk

t0425